IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BEAVER | : | CIVIL ACTION |
|  | : | NO. 15-2784 |
| v. | : |  |
|  | : |  |
| DELAWARE COUNTY PROBATION | : |  |
| AND PAROLE, et al | : |  |

**ORDER**

AND NOW, this 16th day of August, 2016, upon consideration of a motion to dismiss the amended complaint of plaintiff Keith Beaver by defendants Delaware County Adult Probation and Parole, Jeff Roney and Keith Taylor, Dkt. No. 21, a motion to dismiss by defendants Pennsylvania Forensic Associates and Dr. David Holden, Dkt. No. 22, and plaintiff's response thereto, Dkt. No. 28, it is ORDERED that defendants' motions are GRANTED and plaintiff's claims are DISMISSED in their entirety.

The Clerk of Court shall mark this case as CLOSED for statistical purposes.

                                                    *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.